UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA          SEND

## CIVIL MINUTES -- GENERAL

Case No. CV 97-231 MRP                                          DATE: 7/26/99

Title: 3D Systems, Inc. v. Aaroflex Inc.

---

PRESENT: HON. MARIANA R. PFAELZER, Judge

Robert J. Flores, Deputy Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:                  ATTORNEYS PRESENT FOR DEFENDANT:

NA                                                NA

PROCEEDINGS:

On July 12, 1999, the Court took Defendant Aaroflex Inc.'s Motion for Summary Judgment on Plaintiff's Second and Third Counts for Patent Infringement and Inducement of Patent Infringement and on Aaroflex's Counterclaim Re: U.S. Patents 5,571,471 and 5,630,981 and Defendant Aaroflex Inc.'s Motion for Summary Judgment on Plaintiff's Second and Third Counts for Patent Infringement and Inducement of Patent Infringement and on Aaroflex's Counterclaim Re: U.S. Patents B1 4,575,330 and 4,929,402 under submission. Having considered the papers filed by the parties and the oral argument presented, the Court now DENIES both motions.

ENTERED ON ICMS 7-29-99  JM

Initials of Deputy Clerk
107