UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority  ✓
Send  
Enter  
Closed  
JS-5/JS-6  
JS-2/JS-3  
Scan Only  

CIVIL MINUTES - GENERAL

Case No.: CV 97-0231-AJW          Date: May 10, 2001

Title: 3D SYSTEMS, INC. Vs. AAROFLEX, INC.
================================================================
PRESENT: ANDREW J. WISTRICH, UNITED STATES MAGISTRATE JUDGE

Ysela Benavides             John Turman
Deputy Clerk                Court Reporter

ATTORNEYS FOR PLAINTIFFS:   ATTORNEYS FOR DEFENDANTS:

Phllip Graves               Charles G. Smith
Andrew Thomas               Neil Markva

PROCEEDINGS: 1) PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION OF LITERAL INFRINGEMENT REGARDING U.S. PATENT NO. 4,929,402 AND U.S. PATENT NO. 4,999,143; 2) PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION OF LITERAL INFRINGEMENT RE U.S. PATENT NO. 5,059,359 AND U.S. PATENT NO. 5,137,662 and U.S. PATENT NO. 5,184,307; 3) PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION OF LITERAL INFRINGEMENT REGARDING U.S. PATENT NO. 5,902,537 AND U.S. PATENT NO. 5,174,931; MOTION TO REDESIGNATE DISCOVERY IMPROPERLY DESIGNATED AS TRADE SECRETS, ETC.; 4) PLAINTIFF'S MOTION TO REDESIGNATE DISCOVERY IMPROPERLY DESIGNATED AS TRADE SECRETS OR CONFIDENTIAL BY DEFENDANT UNDER STIPULATED PROTECTIVE ORDER; 5) PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION OF DISMISSAL OF AAROFLEX'S AFFIRMATIVE DEFENSES; 6) DEFENDANT'S MOTION FOR SUMMARY ADJUDICATION OF ISSUES ON INVALIDITY OF 3D'S U.S. PATENT NO. 5,059,359; U.S. PATENT NO. 5,137,662 AND U.S. PATENT NO. 5,184,307; 7) DEFENDANT'S MOTION FOR SUMMARY ADJUDICATION OF ISSUES ON INVALIDITY OF 3D'S U.S. PATENT NO. 4,929,402 AND U.S. PATENT NO. 4,999,143 AND 8) DEFENDANT'S MOTION FOR SUMMARY ADJUDICATION OF ISSUES OR ALTERNATIVELY FOR MARKMAN HEARING ON INVALIDITY OF 3D'S U.S. PATENT NO. 5,902,537 AND U.S. PATENT NO. 5,174,931.

MAY 18 2001

Case called. Counsel make their appearances. Court questions counsel and hears their responses.

MAY 22 2001

(284)



Page Two

Defendant to file within seven (7) days a brief not more than five pages summarizing what is different from what was submitted to Judge Pfaelzer on the 402 patent. Two weeks from today both parties are to formally advise the court whether they will waive trial by jury. No later than three weeks from today defendants to advise the court which of their affirmative defenses are withdrawn as to each of the 185 claims at issue.

Plaintiff's motion to redesignate discovery improperly designated as trade secrets or confidential by defendant under stipulated protective order is denied without prejudice.

With respect to the issues raised by that motion, the parties are to proceed as instructed on the record. All other motions calendared for today are submitted for decision. Separate order to issue.

IT IS SO ORDERED.

cc: Parties

MINUTES FORM II
CIVIL -GEN

Initials of Deputy Clerk